Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert F. Treon
Tina M. Treon**
Debtor(s)

Bankruptcy Case No.: 15−70047−JAD

Chapter: 13
Docket No.: 110 − 108

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 28th of April, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/15/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **6/24/20 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/15/20.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                            Case No. 15-70047-JAD
Robert F. Treon                                                   Chapter 13
Tina M. Treon
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                  Page 1 of 2                  Date Rcvd: Apr 29, 2020
                              Form ID: 408                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db/jdb         +Robert F. Treon,    Tina M. Treon,   312 Mellon Avenue,    Patton, PA 16668-1624
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONA,    14841 Dallas Parkway Suite 300,
                 Dallas, Tx 75254-7883
cr             +U.S. Bank National Association as Trustee for NRZ,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
13985844       +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
14057991      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13997260       +HSBC,   Post Office Box 17906,    San Diego, CA 92177-7906
14960212       +Land Home Financial Services, Inc.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13985847       +Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,    POB 5054,    Mount Laurel, NJ 08054-5054
14742435       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13985849       +Specialized Loan Servicing, LLC,    8742 S. Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
14883789       +U.S. Bank National Association as,    Trustee for NRZ Inventory Trust,
                 C/O Shellpoint Mortgage Servicing,    P.O. Box 10826,   Greenville, SC 29603-0826
15127477        U.S. Bank Trust National Association, as Trustee f,    PO Box 814609,   Dallas, TX   75381-4609
13998146        Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
13985853       +Wfds,   Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14019903       +E-mail/Text: bankruptcy@sccompanies.com Apr 30 2020 02:59:24      Amerimark,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,   Dallas, TX 75380-0849
13985843       +E-mail/Text: bankruptcy@sccompanies.com Apr 30 2020 02:59:24      Amerimark Premier,
                 1515 S 21st St,    Clinton, IA 52732-6676
13985845        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2020 03:06:44       Cap One,
                 Po Box 85520,    Richmond, VA 23285
14048938       +E-mail/Text: bncmail@w-legal.com Apr 30 2020 03:01:17      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14025429       +E-mail/Text: bankruptcy@cavps.com Apr 30 2020 03:01:25      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13985852        E-mail/PDF: DellBKNotifications@resurgent.com Apr 30 2020 03:06:07       Webbank/Dfs,
                 1 Dell Way,    Round Rock, TX 78682
13997259        E-mail/Text: Bankruptcy.Consumer@dish.com Apr 30 2020 03:01:09       Dish Network,    Dept. 9235,
                 Palatine, IL 60055-9235
13985846       +E-mail/PDF: pa_dc_claims@navient.com Apr 30 2020 03:06:05       Navient,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
14030222        E-mail/PDF: pa_dc_claims@navient.com Apr 30 2020 03:07:34       Navient Solutions Inc.,
                 Po Box9640,    Wilkes-Barre, PA 18773-9640
14064977        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:07:40
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13985848       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:06:49
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13985851       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2020 02:59:26
                 Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Specialized Loan Servicing LLC
cr*             U.S. Bank Trust National Association, as Trustee f,    PO Box 814609,   Dallas, TX   75381-4609
cr*             Wells Fargo Bank, N.A,    P.O. Box 19657,   Irvine, CA 92623-9657
13997256*      +Amerimark Premier,    1515 S 21st St,   Clinton, IA 52732-6676
13997257*      +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
13997258*     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
13997267*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Webbank/Dfs,    1 Dell Way,   Round Rock, TX 78682)
13997261*      +Navient,   Po Box 9655,    Wilkes Barre, PA 18773-9655
13997262*      +Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,    POB 5054,   Mount Laurel, NJ 08054-5054
13997263*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
13997264*      +Specialized Loan Servicing, LLC,    8742 S. Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
13997265*      +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,   Jacksonville, FL 32216-8035
13997266*      +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
14001070*       Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
13997268*      +Wfds,   Po Box 1697,    Winterville, NC 28590-1697
```

```
District/off: 0315-7          User: jfur              Page 2 of 2             Date Rcvd: Apr 29, 2020
                              Form ID: 408            Total Noticed: 28

13985850      ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
                                                                        TOTALS: 1, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bkgroup@kmllawgroup.com
              Lisa   Cancanon    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust lisac@w-legal.com
              Martin A. Mooney    on behalf of Creditor    Specialized Loan Servicing LLC
               kcollins@schillerknapp.com, lgadomski@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Tina M. Treon ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor Robert F. Treon ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7