| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Robert F. Treon** | Social Security number or ITIN  **xxx–xx–5177** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tina M. Treon** | Social Security number or ITIN  **xxx–xx–2138** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–70047–JAD** | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert F. Treon                                    Tina M. Treon

<u>6/18/20</u>                                            **By the court:**    <u>Jeffery A. Deller</u>
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                     Case No. 15-70047-JAD
Robert F. Treon                                            Chapter 13
Tina M. Treon
     Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: mgut              Page 1 of 2              Date Rcvd: Jun 18, 2020
                              Form ID: 3180W          Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.

```
db/jdb         +Robert F. Treon,    Tina M. Treon,    312 Mellon Avenue,    Patton, PA 16668-1624
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONA,    14841 Dallas Parkway Suite 300,
                 Dallas, Tx 75254-7883
cr             +U.S. Bank National Association as Trustee for NRZ,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
14057991       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:  Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
14960212       +Land Home Financial Services, Inc.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13985847       +Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,    POB 5054,    Mount Laurel, NJ 08054-5054
14742435       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13985849       +Specialized Loan Servicing, LLC,    8742 S. Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
14883789       +U.S. Bank National Association as,    Trustee for NRZ Inventory Trust,
                 C/O Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
15127477        U.S. Bank Trust National Association, as Trustee f,    PO Box 814609,    Dallas, TX  75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2020 04:01:31     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14019903       +EDI: CBSAMERIMARK Jun 19 2020 07:28:00      Amerimark,   c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
13985843       +EDI: CBSAMERIMARK Jun 19 2020 07:28:00      Amerimark Premier,    1515 S 21st St,
                 Clinton, IA 52732-6676
13985844       +EDI: TSYS2.COM Jun 19 2020 07:28:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
13985845        EDI: CAPITALONE.COM Jun 19 2020 07:28:00      Cap One,    Po Box 85520,    Richmond, VA 23285
14048938       +E-mail/Text: bncmail@w-legal.com Jun 19 2020 04:02:00       CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14025429       +E-mail/Text: bankruptcy@cavps.com Jun 19 2020 04:02:08       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13985852        E-mail/PDF: DellBKNotifications@resurgent.com Jun 19 2020 04:05:38      Webbank/Dfs,
                 1 Dell Way,    Round Rock, TX 78682
13997259        EDI: ESSL.COM Jun 19 2020 07:28:00      Dish Network,    Dept. 9235,    Palatine, IL 60055-9235
13997260       +EDI: HFC.COM Jun 19 2020 07:28:00      HSBC,    Post Office Box 17906,    San Diego, CA 92177-7906
13985846       +EDI: NAVIENTFKASMSERV.COM Jun 19 2020 07:28:00      Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
14030222        EDI: NAVIENTFKASMSERV.COM Jun 19 2020 07:28:00      Navient Solutions Inc.,    Po Box9640,
                 Wilkes-Barre, PA 18773-9640
14064977        EDI: PRA.COM Jun 19 2020 07:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13985848       +EDI: PRA.COM Jun 19 2020 07:28:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
13985851       +EDI: VERIZONCOMB.COM Jun 19 2020 07:28:00      Verizon,    500 Technology Dr Ste 30,
                 Weldon Spring, MO 63304-2225
13998146        EDI: WFFC.COM Jun 19 2020 07:28:00      Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
13985853       +EDI: WFFC.COM Jun 19 2020 07:28:00      Wfds,    Po Box 1697,    Winterville, NC 28590-1697
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Specialized Loan Servicing LLC
cr              U.S. Bank Trust National Association, as Trustee f
cr*             U.S. Bank Trust National Association, as Trustee f,    PO Box 814609,    Dallas, TX  75381-4609
cr*             Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA  92623-9657
13997256*      +Amerimark Premier,    1515 S 21st St,    Clinton, IA 52732-6676
13997257*      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13997258*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Cap One,    Po Box 85520,    Richmond, VA 23285)
13997267*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:  Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
13997261*      +Navient,    Po Box 9655,    Wilkes Barre, PA 18773-9655
13997262*      +Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,    POB 5054,    Mount Laurel, NJ 08054-5054
13997263*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13997264*      +Specialized Loan Servicing, LLC,    8742 S. Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
13997265*      +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
13997266*      +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
```

```
District/off: 0315-7          User: mgut              Page 2 of 2             Date Rcvd: Jun 18, 2020
                              Form ID: 3180W          Total Noticed: 29
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
14001070*         Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13997268*        +Wfds,    Po Box 1697,    Winterville, NC 28590-1697
13985850       ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
                                                                              TOTALS: 2, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
           CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
           Inventory Trust bkgroup@kmllawgroup.com
          Lisa   Cancanon    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
           Inventory Trust lisac@w-legal.com
          Martin A. Mooney    on behalf of Creditor    Specialized Loan Servicing LLC
           kcollins@schillerknapp.com, lgadomski@schillerknapp.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Tina M. Treon ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor Robert F. Treon ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```