**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    ROBERT F. TREON
    TINA M. TREON
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.: 15-70047 JAD

Chapter 13

Document No.: 108

FILED
6/18/20 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __18th__ day of __June__, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 15-70047-JAD
Robert F. Treon                                                         Chapter 13
Tina M. Treon
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: mgut                  Page 1 of 2          Date Rcvd: Jun 18, 2020
                              Form ID: pdf900             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db/jdb         +Robert F. Treon,    Tina M. Treon,    312 Mellon Avenue,    Patton, PA 16668-1624
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 DALLAS, TX 75254-7883
cr             +THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONA,    14841 Dallas Parkway Suite 300,
                 Dallas, Tx 75254-7883
cr             +U.S. Bank National Association as Trustee for NRZ,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
13985844       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
14057991      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:    Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13997260       +HSBC,    Post Office Box 17906,    San Diego, CA 92177-7906
14960212       +Land Home Financial Services, Inc.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13985847       +Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,    POB 5054,   Mount Laurel, NJ 08054-5054
14742435       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13985849       +Specialized Loan Servicing, LLC,    8742 S. Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
14883789       +U.S. Bank National Association as,    Trustee for NRZ Inventory Trust,
                 C/O Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
15127477        U.S. Bank Trust National Association, as Trustee f,    PO Box 814609,   Dallas, TX  75381-4609
13998146        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13985853       +Wfds,   Po Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14019903       +E-mail/Text: bankruptcy@sccompanies.com Jun 19 2020 04:00:35      Amerimark,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
13985843       +E-mail/Text: bankruptcy@sccompanies.com Jun 19 2020 04:00:35      Amerimark Premier,
                 1515 S 21st St,    Clinton, IA 52732-6676
13985845        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2020 04:06:07      Cap One,
                 Po Box 85520,    Richmond, VA 23285
14048938       +E-mail/Text: bncmail@w-legal.com Jun 19 2020 04:02:00      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14025429       +E-mail/Text: bankruptcy@cavps.com Jun 19 2020 04:02:09      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13985852        E-mail/PDF: DellBKNotifications@resurgent.com Jun 19 2020 04:06:16       Webbank/Dfs,
                 1 Dell Way,    Round Rock, TX 78682
13997259        E-mail/Text: Bankruptcy.Consumer@dish.com Jun 19 2020 04:01:43      Dish Network,   Dept. 9235,
                 Palatine, IL 60055-9235
13985846       +E-mail/PDF: pa_dc_claims@navient.com Jun 19 2020 04:05:36       Navient,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
14030222        E-mail/PDF: pa_dc_claims@navient.com Jun 19 2020 04:05:37       Navient Solutions Inc.,
                 Po Box9640,    Wilkes-Barre, PA 18773-9640
14064977        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:06:10
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13985848       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:06:10
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13985851       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 19 2020 04:00:37
                 Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Specialized Loan Servicing LLC
cr              U.S. Bank Trust National Association, as Trustee f
cr*             U.S. Bank Trust National Association, as Trustee f,    PO Box 814609,   Dallas, TX  75381-4609
cr*             Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13997256*      +Amerimark Premier,    1515 S 21st St,    Clinton, IA 52732-6676
13997257*      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13997258*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:    Cap One,    Po Box 85520,    Richmond, VA 23285)
13997267*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:    Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
13997261*      +Navient,   Po Box 9655,    Wilkes Barre, PA 18773-9655
13997262*      +Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,    POB 5054,   Mount Laurel, NJ 08054-5054
13997263*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13997264*      +Specialized Loan Servicing, LLC,    8742 S. Lucent Boulevard, Suite 300,
                 Highlands Ranch, CO 80129-2386
13997265*      +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
13997266*      +Verizon,   500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
14001070*       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13997268*      +Wfds,   Po Box 1697,    Winterville, NC 28590-1697
```

```
District/off: 0315-7           User: mgut                 Page 2 of 2                   Date Rcvd: Jun 18, 2020
                               Form ID: pdf900            Total Noticed: 28

13985850        ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
                                                                                  TOTALS: 2, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:

      James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I bkgroup@kmllawgroup.com

      James Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ Inventory Trust bkgroup@kmllawgroup.com

      Lisa Cancanon    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ Inventory Trust lisac@w-legal.com

      Martin A. Mooney    on behalf of Creditor    Specialized Loan Servicing LLC kcollins@schillerknapp.com, lgadomski@schillerknapp.com

      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

      Paul W. McElrath, Jr.    on behalf of Joint Debtor Tina M. Treon ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

      Paul W. McElrath, Jr.    on behalf of Debtor Robert F. Treon ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

      TOTAL: 8